IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER LOUIS GRAHAM**                                    **PETITIONER**
**#30086**

**V.**                           Case No. 4:25-CV-00141-JM-BBM

**SHANE JONES, Sheriff,**
**Pope County**                                                 **RESPONDENT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Benecia B. Moore and the Notice, Response, and Addendum filed by Petitioner Christopher Louis Graham ("Graham"). After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

Graham's § 2241 Amended Petition for Writ of Habeas Corpus, (Doc. 5), is DISMISSED, without prejudice.

IT IS SO ORDERED this 22nd day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE